1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANNY CARDENAS, Jr.,                        No.  2:19-cv-2110 KJN P

12                    Petitioner,

13          v.                                    ORDER

14   CDCR,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

19          The application attacks a conviction issued by the Alameda County.  While both this court

20   and the United States District Court in the district where petitioner was convicted have

21   jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses

22   and evidence necessary for the resolution of petitioner's application are more readily available in

23   Alameda County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

25          1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

26   ////

27   ////

28   ////

2.  This matter is transferred to the United States District Court for the Northern District of California.

Dated:  October 23, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

card2110.108